
**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50507

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Angela Marie Romero<br>      Debtors.<br><br>U.S. Bank, National Association<br>      Movant,<br>  vs.<br><br>Angela Marie Romero<br>Debtors; Trudy Nowak, Trustee.<br><br>      Respondents. | No. 4:09-bk-25285-JMM<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #13)<br><br>Hearing Date: April 26, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 28, 2001, and recorded in the office of the Pima County Recorder wherein U.S. Bank, National Association is the current beneficiary and Angela Marie Romero have an interest in, further described as:

Lot 18, in Block R, of City Parkside Addition to the City of Tucson, as shown by subdivision map recorded in Book 5 of Maps at Page 59, records of Pima County, Arizona

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____

UNITED STATES BANKRUPTCY JUDGE